**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:13-cv-61085-civ-SCOLA

JOSE PRADO,

Plaintiff,

vs.

AZTECA FOOD SERVICES, INC.,
a Florida Profit Corporation, d/b/a
EL PASO #2

Defendants.
_______________________________/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, JOSE PRADO, and Defendants, AZTECA FOOD SERVICES, INC. d/b/a EL PASO #2., (hereafter, "the Parties"), by and through the undersigned attorney, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action with prejudice. All parties shall bear their own attorneys' fees, costs and expenses other than those specified in said Confidential Settlement Agreement, and, other than enforcement of said settlement agreement, agree not to file any additional motions in this matter. The Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement. This stipulation is contingent on the Court retaining jurisdiction to enforce the terms of the parties' Settlement Agreement. All parties consent to the form and content of this Stipulation and Order.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

Respectfully submitted,

By: S/Ronald E. Stern
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Attorney for Plaintiff, JOSE PRADO

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:13-cv-61085-civ-SCOLA

JOSE PRADO,

Plaintiff,

vs.

AZTECA FOOD SERVICES, INC.,
a Florida Profit Corporation, d/b/a
EL PASO #2

Defendants.
_______________________________/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of November, 2013, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or Via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: S/Ronald E. Stern
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Attorney for Plaintiff, JOSE PRADO

**SERVICE LIST:**

**JOSE PRADO vs. AZTECA FOOD SERVICES, INC., a Florida Profit Corporation, d/b/a EL PASO #2**

**CASE NO: 0:13-cv-61085-civ-SCOLA**

**United States District Court, Southern District of Florida**

AZTECA FOOD SERVICES, INC., d/b/a EL PASO #2

**REGISTERED AGENT:**

REYES, CARLOS J ESQ.
200 S.E. 26TH STREET
FORT LAUDERDALE, FL 33316

**VIA CM/ECF**